IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEREMIAH SKAGGS, and JWS BUILDERS, LLC, an Idaho Limited Liability Company, and JOHN DOES 1-10,<br><br>     Plaintiffs,<br><br> vs.<br><br>CLINTON BOONE, RAY H. BOONE, CHARLOTTE A. BOONE, the BOONE FAMILY TRUST U/A/D MAY 11, 2018, CARTER FABRICATION, LLC, an Oregon Limited Liability Company, ROOT WISE FARMS, LLC, d/b/a HEMP ROBITICS, an administratively dissolved Oregon Limited Liability Company, and JOHN DOES I-XXX,<br><br>     Defendants. | CV 22–12–M–DLC<br><br><br>ORDER |

  Before the Court is the Parties' Stipulation for Dismissal with Prejudice. (Doc. 34.)  The parties have stipulated to dismiss the above-captioned matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees, because the parties have settled all claims and disputes between them.  (*Id.*)

1

Accordingly, IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE.

DATED this 18th day of October, 2022.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court